```
McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>           Plaintiff, )<br>)<br>    v. )<br>)<br>JOSE LUIS OROZCO MORENO, )<br>)<br>           Defendant. )<br>_____) | CR. S-07-393 LKK<br><br>ORDER CONTINUING STATUS<br>CONFERENCE |

This matter came before the Court for a status conference on February 26, 2008, at 9:30 A.M. Assistant U.S. Attorney Michael Beckwith represented the United States and Shari Rusk made a special appearance for J. Toney on behalf of Jose Luis Orozco Moreno ("Defendant"). Defendant was present and in custody.

The parties agree and hereby request that the status conference be continued to April 15, 2008. Based upon the party's representations, the Court set a status conference for April 15, 2008, at 9:30 A.M. The Court further ordered that time be excluded time under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare). The Court directed government

counsel to prepare a formal order.

   **IT IS HEREBY ORDERED**:

   1.   A status conference is set for April 15, 2008, at 9:30 A.M.

   2.   Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through April 15, 2008.

   IT IS SO ORDERED

Date: March 3, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT