```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2797
 5
 6
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. S-07-393 LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER RE: SCHEDULING STATUS |
| | ) | CONFERENCE, AND EXCLUDING |
| v. | ) | TIME UNDER SPEEDY TRIAL ACT |
| | ) | |
| JOSE LUIS OROZCO MORENO, | ) | DATE:  July 22, 2008 |
| | ) | TIME:  9:30 a.m. |
| Defendant. | ) | CTRM:  Honorable Lawrence K. Karlton |
| _____ | ) | |

On July 8, 2008, a status conference was held in the above-captioned case.  Assistant U.S. Attorney Michael M. Beckwith appeared on behalf of plaintiff, United States of America.  J Toney, Esq., appeared for defendant Jose Luis Orozco Moreno.  The parties agreed and the Court granted a continuance for a further status conference to July 22, 2008, at 9:30 a.m.

///
///
///
///
///
///

1

1   All counsel and defendant agreed that time under the Speedy
2 Trial Act (Local code T4) be excluded for preparation to July 22,
3 2008.  The Court directed government counsel to prepare a formal
4 order.

```
                                    MCGREGOR W. SCOTT
                                    United States Attorney


DATED: July 16, 2008         By:    /s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney
```
_____

**IT IS HEREBY ORDERED**:

   1.   Further status conference is set for July 22, 2008 at 9:30 a.m.

   2.   Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act (Local code T4) shall be excluded through July 22, 2008

DATED: July 21, 2008

```
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```