J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Jose Orozco-Moreno

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>JOSE OROZCO-MORENO )<br>)<br>)<br>    Defendant, )<br>_____) | Cr. No. 07-393 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>(Aug 12, 2008 before Judge<br>Karlton) |

   Because the parties are close to resolution of this case, but not yet totally in agreement, it is STIPULATED that the status conference be continued from July 22, 2008 to Aug. 12, 2008 at 9:30 AM with time excluded from the Speedy Trial Act for counsel pre-paration under local code T4.  The parties respectfully request that the Court so order.

Dated July 21, 2008

  S/MICHAEL BECKWITH                              S/ J.TONEY

    Michael Beckwith                                J. Toney
 Assistant U.S. Attorney                     Attorney for Defendant

SO ORDERED:

July 21, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT