McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2782

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. S-07-0393 LKK |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| JOSE LUIS OROZCO MORENO, | ) |
| Defendant. | ) |

**ORDER**

The parties appeared before the Court on Tuesday, August 12, 2008, in case number S-07-0393 LKK.  At that time, based upon the representations and agreement of both counsel, the Court ordered that the status conference set for August 12, 2008, at 9:30 a.m., be continued to August 26, 2008, at 9:30 a.m., and that the time beginning August 12, 2008, and extending through August 26, 2008, was excluded from the calculation of time under the Speedy Trial Act.  The exclusion of time is appropriate due to defense counsel's need to prepare.  See 18 U.S.C. § 3161(h)(8)(B)(4); Local Code T4.  The additional time is necessary to ensure

1

1 | defense counsel's effective preparation, taking into account the
2 | exercise of due diligence.  Id.
3 |     ACCORDINGLY, it is hereby ordered that the status conference
4 | set for August 12, 2008, at 9:30 a.m., be continued to August 26,
5 | 2008, at 9:30 a.m., and that the time beginning August 12, 2008,
6 | and extending through August 26, 2008, be excluded from the
7 | calculation of time under the Speedy Trial Act.  The Court finds
8 | that the interests of justice served by granting this continuance
9 | outweigh the best interests of the public and the defendant in a
10 | speedy trial.  18 U.S.C. § 3161(h)(8)(A).
11 |     IT IS SO ORDERED.

Dated: August 15, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT