```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Jose Luis Orozco-Moreno
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>JOSE LUIS OROZCO-MORENO<br><br>      Defendant, | Cr. No. 07-393<br><br>STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE<br>(Oct 7, 2008 before Judge Karlton) |

This case is presently set for status conference on August 26, 2008. Because the United States Attorney has indicated that he can produce additional information which might resolve the case short of trial, the parties STIPULATE that the status conference should be continued to October 7, 2008 and request that the Court so order. It is further stipulated that time under the Speedy Trial Act be excluded until then under local code T4, counsel preparation.

Dated August 22, 2008

 /s/J. Toney for Michael Beckwith      /s/  J. Toney

Assistant U.S. Attorney                Attorney for Defendant

1

ORDER

Good cause appearing, the Status Conference in this case is ordered continued until October 7, 2008 at 9:30 AM.

Dated: August 25, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2