McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>       v.                        )<br>                                 )<br> JOSE LUIS OROZCO MORENO,        )<br>                                 )<br>            Defendant.           )<br> _____) | CR. S-07-393 LKK<br><br>ORDER CONTINUING<br>STATUS CONFERENCE |

    This matter came before the Court for a status conference on October 7, 2008, at 9:15 a.m.  Assistant U.S. Attorney Michael Beckwith represented the United States, and J. Toney appeared on behalf of the defendant, Jose Luis Orozco Moreno.  The defendant was present in court and in custody.

    Based upon the party's representations, the Court set a status conference for October 21, 2008, at 9:15 a.m.

///

///

///

///

1

The Court ordered that time be excluded time under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare). The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. A status conference is set for October 21, 2008, at 9:15 a.m.

2. Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial. Accordingly, the time beginning October 7, 2008, through and including October 21, 2008, shall be excluded under the Speedy Trial Act.

IT IS SO ORDERED

Date: October 8, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT