McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-07-393-LKK |
| Plaintiff, ) | |
| ) | ORDER SETTING CHANGE OF |
| v. ) | PLEA HEARING |
| JOSE LUIS OROZCO MORENO, ) | |
| Defendant. ) | |

This matter came before the Court for a status conference on October 21, 2008. Assistant U.S. Attorney Michael Beckwith represented the United States, J. Toney appeared on behalf of Jose Luis Orozco Moreno. Defendant was present and in custody.

Based upon the party's representations, the Court set the Change of Plea Hearing for November 4, 2008. The Court further ordered that time be excluded time under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

///

///

///

1

1  The Court directed government counsel to prepare a formal order.

3  **IT IS HEREBY ORDERED**:
4  1.   Change of Plea Hearing set for November 4, 2008, at
5  9:15 a.m.
6  2.   Based on the party's representations, the Court finds
7  that the ends of justice outweigh the best interest of the public
8  and Defendant in a speedy trial.  Accordingly, time under the
9  Speedy Trial Act shall be excluded through November 4, 2008.

11  IT IS SO ORDERED

14  Date: October 22, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2