```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-07-393 LKK |
| Plaintiff, ) | |
| ) | ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| JOSE LUIS OROZCO MORENO, ) | |
| Defendant. ) | |

This matter came before the Court for a status conference on November 4, 2008. Assistant U.S. Attorney Michael M. Beckwith represented the United States, and J. Toney appeared on behalf of the defendant, Jose Luis Orozco Moreno. The defendant was present in court and in custody.

Based upon the party's representations, the Court set a status conference for November 25, 2008, at 9:15 a.m. The Court ordered that time be excluded time under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

///
///
///

1

The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. A status conference is set for November 25, at 9:15 a.m.

2. Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial. Accordingly, the time beginning November 4, 2008, through and including November 25, 2008, shall be excluded under the Speedy Trial Act.

IT IS SO ORDERED

Date: November 10, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2